(3) Pages
SCOTT LYONS SBN: 103931
Attorney at Law
LOUIS LYONS SBN: 282499
Attorney at Law
1010 West Main Street
Visalia, Ca 93291
Phone: (559) 636-8122
Facsimile: (559) 636-0463
scottlyons@lyons4justice.com

Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>**YESENIA SAMANTHA MADRIGAL**<br><br>(Debtor) | Case No.: 23-10549-A-13<br>Chapter 13<br><br>DC No.: SL-1<br><br>Date: April 13, 2023<br>Time: 9:30 a.m.<br>Dept: A<br>Place: U.S. Courthouse<br>Courtroom 11, 5th Floor<br>2500 Tulare St.<br>Fresno, California 93721<br>Judge: Honorable Jennifer E. Niemann |

**DECLARATION OF YESENIA SAMANTHA MADRIGAL IN SUPPORT OF FIRST EXPEDITED BAPCPA MOTION TO EXTEND THE AUTOMATIC STAY**

I, Yesenia Samantha Madrigal, declare as follows:

1. I am the debtor in the above-captioned case. The subject matter of this declaration is within my knowledge and if called upon I could and would testify competently and truthfully as to the following information.

2. I filed one prior Chapter 13 Bankruptcy. My first case was filed on February 17, 2023, case number 23-10278 and was dismissed on March 7, 2023. I have again filed a Chapter 13 Bankruptcy, case number 23-10549, filed on March 20, 2023, and which is currently pending before the Court.

3. Regarding the dismissal of my previous Chapter 13 Bankruptcy, it was dismissed for the failure to timely file documents to complete my Chapter 13 .

4. The reason that I did not timely filed documents is as follows:

a. I had fallen behind on my mortgage on my principal residence about a year ago and my mortgage lender had proceeded to foreclosure. My mother Yolanda Fernandez lives with me, and I depend on her to manage our household finances as most of my time is taken up caring for my disabled son and for work. We had tried to negotiate with the mortgage company to do a loan modification, but they refused to do any further forbearance. My mother had done the research online to find out how we could stop the foreclosure on our home in a short amount of time, and it appeared that filing for Chapter 13 would be the best solution. To stop the foreclosure, I filed my initial Chapter 13 Voluntary Petition in pro per. However, I did not understand my responsibilities required by filing for Chapter 13, and did not realize I needed to complete and file my bankruptcy schedules.

b. While I was given notice by the Bankruptcy Court of what needed to be done, I simply did not know or understand how to complete my Chapter 13 Petition, statements and schedules, or how to compose and file a Chapter 13 plan before the dismissal date.

c. For the foregoing reasons, my Chapter 13 case was dismissed.

5. On March 20, 2023, I re-filed for Chapter 13 Bankruptcy. My bankruptcy attorney Scott Lyons has composed a plan in which I will pay all of my secured debt and 100% to my unsecured creditors. I am confident that I will be able to make my plan payments and have my plan confirmed for the following reasons:

a. I have retained the services of experienced bankruptcy counsel, who has explained my rights and responsibilities under Chapter 13. My completed Voluntary Petition, Statements, Schedules and Chapter 13 Plan should be filed before the deadline and the hearing on this motion.

b. My mother and I will provide my attorney all of my financial documents in

order to provide to the Chapter 13 Trustee and complete my petition.

c. My attorney has shown me the proposed amount I would need to pay through my Chapter 13 Plan in order to keep current on my home mortgage, pay off the arrears on my home mortgage and pay all of my unsecured creditors over the next five years. The proposed monthly payment amount will be $3,550.00, which I am confident is affordable.

d. My mother Yolanda Fernandez lives with me and shares living expenses with me. She currently works for In Home Support Services as a caretaker for my son, making $2,000.00 per month, and is willing to contribute any and all necessary disposable monthly income to our household income in order to fund my Chapter 13 Plan.

6. For the foregoing reasons, I am now confident that I have the ability to maintain my plan payments for an extended period of time, that I can get our case confirmed and make all the necessary payments to the Chapter 13 Trustee in a timely manner.

7. I am willing to accept any restrictions or orders that the Court will place on my Chapter 13 filing. I also request that any order made by the court be effective on the date the order is entered.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on the date below in Visalia, California.

Date: 03/24/23

Yesenia Madrigal
Yesenia Samantha Madrigal, Debtor