3

SCOTT LYONS     SBN: 103931
ATTORNEY AT LAW
LOUIS LYONS     SBN: 282499
ATTORNEY AT LAW
1010 West Main Street
Visalia, CA 93291
Phone: (559) 636-8122
Fax:    (559) 636-0463
scottlyons@lyons4justice.com

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>YESENIA SAMANTHA MADRIGAL<br><br>Debtor(s). | Case No. 23-10549-A-13<br><br>Chapter 13<br><br>D.C. No. SL-3<br><br>Date: June 15, 2023<br>Time: 9:30 A.M.<br>Place: Dept. A, Ctrm. 11, 5th Floor<br>United States Courthouse<br>2500 Tulare St., Fresno, California<br>Judge: Hon. Jennifer E. Niemann |

**MOTION FOR ORDER APPROVING FOREBEARANCE AGREEMENT FOR**

**PURPOSES OF PLAN TREATMENT AND CLAIM PAYMENT**

TO: THE HONORABLE JENNIFER E. NIEMANN, UNITED STATES BANKRUPTCY

JUDGE AND ALL PARTIES IN INTEREST.

You are hereby notified that Yesenia Samantha Madrigal, the Debtor in the above-captioned case ("Debtor"), hereby moves the Court pursuant to 11 U.S.C. §105 for an order approving a Forbearance agreement between Maple Leaf Capital Company and the Debtor, fallowing the parties to enter into such an agreement as follows:

Motion for Order Approving Forbearance Agreement (etc.) - 1

1. The above-numbered Chapter 13 case was filed on March 20, 2023.

2. Debtor owns the real property located at: 2536 N. Tilden St. Visalia, CA 93291 ("Property").

3. Maple Leaf Capital Company holds a Deed of Trust against the property which secures a Note.

4. Maple Leaf Capital Company and the Debtor have reached an agreement to modify the terms of the Note and Deed of Trust via a forbearance agreement. A true and correct copy of signed proposed forbearance agreement is attached to the exhibit list as "Exhibit A" and is incorporated herein by reference.

5. The subject agreement will assist the Debtor in being able to make current loan payments by extending the Maturity Date of the loan past the term of the plan, and allowing the debtor to pay the mortgage arrears through the Chapter 13 plan. The forbearance agreement is made on the following grounds: Debtor agrees to make timely, in full, all pre-petition and post-petition payments required by the Plan and the Note. Subject to: (a) Debtor's full and timely compliance with each and every obligation of her Plan, both monetary and non-monetary, (b) Debtor's remaining a Chapter 13 debtor in the Instant Case, and (c) Debtor's not engaging any further conduct that would constitute a default or breach of the Plan, the Note and/or the Deed of Trust, Creditor agrees to forbear from proceeding with its collection and foreclosure remedies, and will extend the Maturity Date until May 1, 2028 ("Extended Maturity Date"), at which time all sums due under the Note shall be due and payable. Failure of Debtor to timely perform any one or more of her obligations within the relevant time periods in the Instant Case shall automatically terminate Creditor's obligations under the terms and

conditions of this Agreement, and the Note's initial Maturity Date shall be reinstated without the need for further notice or Order of the court in the Instant case.

6. The agreement will not have any adverse effect on the estate, the Trustee, or any other creditor in this bankruptcy case, and/or any discharge that the Debtor may receive in this case. If the plan needs to be modified, the Debtor will file the appropriate documents with the Court and/or amend the plan if necessary. The debtor believes Maple Leaf Capital Company will modify its proof of claim as appropriate.

7. The parties believe the Court has the power and authority to grant this motion pursuant to 11 U.S.C. 105 and that the agreement is in the best interests of both parties.

8. If the Court is not inclined to approve a specific agreement, then the Debtor requests that the Court enter a general Order allowing the parties to enter into a forbearance agreement they may agree upon.

BASED ON THE FOREGOING, Debtor(s) respectfully request that this Court issue an order approving the Forbearance agreement or allow the parties to enter into such an agreement, and for such other further relief as the Court deems proper.

Respectfully submitted:

Date: 6-1-2023

SCOTT LYONS, ATTORNEY FOR DEBTOR(S)